**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 2:01-CR-185-TS |
| | ) | |
| SIMEON BRADLEY | ) | |

**OPINION and ORDER**

Before the Court is the Defendant's Motion to Withdraw Motion to Vacate Under 28

U.S.C. § 2255 and Motion to Modify Under 18 U.S.C. § 3582(c)(2) [DE 581], filed on

December 31, 2008. The Defendant asks the Court to dismiss the Motions in light of the Court's

ruling of December 30, 2008, (*see* DE 579), granting the Government's Motion to Reduce

Sentence [DE 573] under Federal Rule of Criminal Procedure 35.

The Court in a December 28, 2008, Order [DE 572] already denied the Motion to Modify

Sentence under 18 U.S.C. § 3582(c)(2) [DE 563], which was filed *pro se* on November 3, 2008,

and thus that part of the Defendant's pending Motion is moot and will be DENIED as such.

The Court GRANTS IN PART the Defendant's Motion [DE 581] to withdraw the *pro se*

Motion to Vacate under 28 U.S.C. § 2255 [DE 560], as the Defendant requests. The Clerk is

ORDERED to term the Motion to Vacate [DE 560].

So ORDERED on January 8, 2009.

s/ Theresa L. Springmann
THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT
FORT WAYNE DIVISION